Daniel M Galpern, OSB# 061950
Law Office of Daniel M Galpern
2495 Hilyard St., Suite A
Eugene, Oregon, 97405-3698
dan.galpern@gmail.com
(541) 968-7164

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
DIVISION 6: EUGENE

| | |
|---|---|
| **CLIMATE PROTECTION AND RESTORATION INITIATIVE, DONN J. VIVIANI, JAMES E. HANSEN, JOHN BIRKS, RICHARD HEEDE, LISE VAN SUSTEREN, CLIMATE SCIENCE, AWARENESS AND SOLUTIONS,**<br>               Plaintiffs,<br><br>              v.<br><br>**MICHAEL S. REGAN**, Administrator of the United States Environmental Protection Agency, and the **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>               Defendants | Case No.: 6:22-cv-1772-MK<br><br><br><br><br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiffs seek here to respond to the Court's Order to Show Cause.

On May 5, 2023, the Court indicated (Doc. 27) that Plaintiffs failed to respond by April 24 to Defendants' Motion to Dismiss and ordered Plaintiffs to "show cause in writing by 5/12/2023 why Defendants' motion should not be granted."

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

On March 22, 2023, Plaintiffs filed the parties' Joint Motion to Set Aside Current and Set New Preliminary Schedule (Doc. 19). That joint motion provided, among other things, that:

- Defendants shall file a responsive motion under Rule 12 by April 10 [and]

- If Defendants file a motion under Rule 12, Plaintiffs shall file a response within 45 days of service of such motion, and Defendants shall file a reply within 30 days of service of such response.

By Order of March 29, 2023, the Court granted the parties' new scheduling motion (Doc. 20). Thereafter, on April 10, as anticipated in the joint motion, Defendants filed their Motion to Dismiss (Doc. 22).

Plaintiffs believed, and think still, that their response deadline is May 25, 2023, and not April 24, 2023. Accordingly, Plaintiffs urge the Court to vacate its Show-Cause Order.

Respectfully submitted this May 5, 2023,

*/s/ Daniel M. Galpern*
Daniel M. Galpern (He/ Him)

*Counsel for Plaintiffs*

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**