Daniel M Galpern, OSB# 061950
Law Office of Daniel M Galpern
2495 Hilyard St., Suite A
Eugene, Oregon, 97405-3698
dan.galpern@gmail.com
(541) 968-7164

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## DIVISION 6: EUGENE

| | |
|---|---|
| **CLIMATE PROTECTION AND RESTORATION INITIATIVE, DONN J. VIVIANI, JAMES E. HANSEN, JOHN BIRKS, RICHARD HEEDE, LISE VAN SUSTEREN, CLIMATE SCIENCE, AWARENESS AND SOLUTIONS,**<br>                Plaintiffs,<br><br>                v.<br><br>**MICHAEL S. REGAN**, Administrator of the United States Environmental Protection Agency, and the **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>                Defendants | Case No.: 6:22-cv-1772-MK<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiffs Climate Protection and Restoration Initiative et. al and Defendants Michael S. Regan et. al hereby file this stipulation of dismissal. Each party shall bear its own fees and costs in this action.

**JOINT STIPULATION OF DISMISSAL**

Respectfully submitted this May 8, 2023,

/s/ Daniel M. Galpern
Daniel M. Galpern (He/ Him)

*Counsel for Plaintiffs*

/s/ Sarah A. Buckley
SARAH A. BUCKLEY
GUS MAXWELL
AMANDA V. LINEBERRY
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
sarah.buckley@usdoj.gov
gustavus.maxwell@usdoj.gov
amanda.lineberry@usdoj.gov
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 616-7554 (Buckley)
(303) 844-1347
(202) 616-5376

*Counsel for Defendants*